Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **William H. Peace Jr.** | : | Case No. 14–22615–JAD |
| **Barbara E. Peace** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Wilmington Savings Fund Society, FSB, d/b/a | : | |
| Christiana Trust, not individually but as trustee | : | Related to Claim No. 3 |
| for Pretium Mortgage Acquisition Trust | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| William H. Peace, Jr. and | : | |
| Barbara E. Peace | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

      **AND NOW**, this **9th day of March, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust* at Claim No. 3 in the above−captioned bankruptcy case,

      It is hereby **ORDERED** that **on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an ***AMENDED CHAPTER 13 PLAN;***

    (2)    a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

      Jeffery A. Deller
      United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William H. Peace, Jr.
Barbara E. Peace
       Debtors

Case No. 14-22615-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr        Page 1 of 1        Date Rcvd: Mar 09, 2017
                        Form ID: 237     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2017.
db/jdb       +William H. Peace, Jr.,   Barbara E. Peace,   2222 Ramsey Road,   Monroeville, PA 15146-4824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2017 at the address(es) listed below:
          Brett A. Solomon   on behalf of Defendant   Santander Consumer USA bsolomon@tuckerlaw.com,
           dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          Brett A. Solomon   on behalf of Creditor   Santander Consumer USA Inc. bsolomon@tuckerlaw.com,
           dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          James A. Prostko   on behalf of Creditor   Bank Of New York Mellon pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James A. Prostko   on behalf of Creditor   NATIONSTAR MORTGAGE LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Joshua I. Goldman   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          Kenneth M. Steinberg   on behalf of Plaintiff William H. Peace, Jr.
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
           ;clivingston@steidl-steinberg.com
          Kenneth M. Steinberg   on behalf of Plaintiff Barbara E. Peace julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
           ;clivingston@steidl-steinberg.com
          Kenneth M. Steinberg   on behalf of Joint Debtor Barbara E. Peace
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
           ;clivingston@steidl-steinberg.com
          Kenneth M. Steinberg   on behalf of Debtor William H. Peace, Jr.
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
           ;clivingston@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                 TOTAL: 14