IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
|     William H. Peace, Jr. | ) | Bankruptcy No. 14-22615-JAD |
|     Barbara E. Peace, | ) | Chapter 13 |
|         Debtor(s) | ) | |
|     William H. Peace, Jr. | ) | Document No. 85 |
|     Barbara E. Peace, | ) | |
|         Movant(s) | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
|     Rushmore Loan Management Services, | ) | |
|         Respondent(s) | ) | |

**CERTIFICATE OF SERVICE OF INTERIM MORTGAGE MODIFICATION ORDER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 26, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.

EXECUTED ON:


Chapter 13 Trustee
LMP@chatper13trusteedpa.com


                                        By: /s/ Kenneth M. Steinberg
                                        Kenneth M. Steinberg, Esquire
                                        Attorney for the Debtor(s)
                                        STEIDL & STEINBERG, P.C.
                                        Suite 2830 - Gulf Tower
                                        707 Grant Street, Pittsburgh, PA  15219
                                        (412) 391-8000
                                        P.A.I.D. No. 31244
                                        kenny.steinberg@steidl-steinberg.com


**PAWB Local Form 7 (07/13)**