Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William H. Peace Jr.**
**Barbara E. Peace**
  Debtor(s)

Bankruptcy Case No.: 14−22615−JAD
Doc. No. 90
Chapter: 13
Docket No.: 91 − 90
Concil. Conf.: October 12, 2017 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **August 7, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **August 22, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **October 12, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 23, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689–4002

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania

In re:                                                          Case No. 14-22615-JAD
William H. Peace, Jr.                                           Chapter 13
Barbara E. Peace
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2         User: msch            Page 1 of 2         Date Rcvd: Jun 23, 2017
                             Form ID: 410          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2017.
db/jdb         +William H. Peace, Jr.,    Barbara E. Peace,    2222 Ramsey Road,    Monroeville, PA 15146-4824
cr              Duquesne Light Company,   c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Santander Consumer USA Inc.,    Tucker Arenberg, P.C.,    c/o Brett A. Solomon, Esquire,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
13879365       +Allegheny General Hospital,    PO Box 3475,    Toledo, OH 43607-0475
13913049       +Bank of New York Mellon,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13879366       +Capital One Bank,   c/o Firstsource Advantage LLC,    205 Bryant Woods South,
                 Buffalo, NY 14228-3609
13931759        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13879367       +City of Pittsburgh EMS,    P. O. Box 2480,    Pittsburgh, PA 15230-2480
13892264       +Ford Credit,   PO Box 220564,    Pittsburgh, PA 15257-2564
13892266       +George A. Warden Funeral Home,    1100 N. Homewood Avenue,    Pittsburgh, PA 15208-1428
13879370       +Med Express,   PO Box 7964,    Belfast, ME 04915-7900
13879371      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
13879373       +Santander Consumer,    PO Box 105255,    Atlanta, GA 30348-5255
13926977        Santander Consumer USA Inc.,    P. O. Box 560284,    Dallas TX 75356-0284
13879374       +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13879375       +UPMC Presbyterian Shadyside,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
13955792       +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
14377492        Wilmington Savings Fund Society, FSB,C/O,    Rushmore Loan Management Services,
                 PO BOX 52708 Irvine, CA 92619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Jun 24 2017 00:28:14
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13953917       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 24 2017 00:32:40     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13892265       +E-mail/Text: cio.bncmail@irs.gov Jun 24 2017 00:31:58     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13879369       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 24 2017 00:31:57     Kohl's,    PO Box 2983,
                 Milwaukee, WI 53201-2983
13892267       +E-mail/Text: BKRMailOps@weltman.com Jun 24 2017 00:32:20     NCB Management Services,
                 c/o Weltman, Weinberg & Reis Co LPA,    PO Box 93596,    Cleveland, OH 44101-5596
13879372       +E-mail/Text: paul.cressman@phelanhallinan.com Jun 24 2017 00:32:30     Nationstar Mortgage,
                 c/o Phelan Hallinan,   1617 JFK Bouelvard, Suite 1400,    Philadelphia, PA 19103-1814
13902863        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 24 2017 00:37:56
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14039621        E-mail/PDF: rmscedi@recoverycorp.com Jun 24 2017 00:28:14
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13931406        E-mail/Text: appebnmailbox@sprint.com Jun 24 2017 00:32:13     Sprint Corp.,
                 Attn Bankruptcy Dept,   PO Box 7949,    Overland Park KS 66207-0949
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank Of New York Mellon
cr              NATIONSTAR MORTGAGE LLC
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
13879368        Jennifer Peace
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: msch                  Page 2 of 2                  Date Rcvd: Jun 23, 2017
                               Form ID: 410                Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2017 at the address(es) listed below:

```
              Brett A. Solomon    on behalf of Defendant    Santander Consumer USA bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc. bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Bank Of New York Mellon pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Barbara E. Peace
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Kenneth M. Steinberg    on behalf of Debtor William H. Peace, Jr.
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Kenneth M. Steinberg    on behalf of Plaintiff William H. Peace, Jr.
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Kenneth M. Steinberg    on behalf of Plaintiff Barbara E. Peace julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 14
```