UNITED STATES BANKRUPTCY COURT

Western District Of Pennsylvania

| | |
|---|---|
| IN RE: | CASE NO: 1422615 |
| WILLIAM H PEACE and BARBARA E PEACE | CHAPTER 13 |
| Debtor (s) | |

**NOTICE OF CLAIM SATISFACTION**

As to Claim 9 filed on 11/17/2014, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

/s/ Brenda Diehl
Brenda Diehl
Bankruptcy Specialist
Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438
1-800-847-8899