IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| William H. Peace Jr. | ) | Bankruptcy No. 14-22615 JAD |
| Barbara E. Peace | ) | |
| *Debtors* | ) | |
| SSN XXX-XX-1810 | ) | |
| SSN XXX-XX-3683 | ) | Chapter 13 |
| | ) | |
| William H. Peace Jr. | ) | Document No. |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| Trib Total Media | ) | |
| *Respondent* | ) | |

## **CONSENT ORDER**

    AND NOW, comes the debtor, William Peace by and through his attorneys, Kenneth M. Steinberg and Steidl and Steinberg, Attorneys at Law and respectfully represents as follows:

1. The debtor received a Trustee Certificate of Default Requesting Dismissal of his case.
2. The debtor can no longer afford to remain in the Chapter 13 Plan and is requesting that his wage attachment be terminated.
3. The debtor has filed a Motion to Convert the Case to Chapter 7 at docket number 95.
4. The Chapter 13 Trustee's office has reviewed and consented to this order.

    Respectfully submitted,

August 7, 2017    /s/ Kenneth M. Steinberg
DATE    Kenneth M. Steinberg Esquire
    Attorney for the Debtor
    Steidl & Steinberg
    Suite 2830 Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    412-391-8000
    kenny.steinberg@steidl-steinberg.com
    PA I.D. 31244

| | |
|---|---|
| <u>August 7, 2017</u><br>DATE | <u>/s/ Jana Pail</u><br>Jana Pail, Esquire<br>Attorney for Chapter 13 Trustee<br>Suite 3250, US Steel Tower<br>600 Grant Street<br>Pittsburgh, PA  15219<br>412-471-5566<br>jpail@chapter13trusteewdpa.com<br>P.A.I.D. 88910 |
| _____ | _____<br>United States Bankruptcy Judge<br><br>Jeffrey A. Deller |