IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| William H. Peace Jr. | ) | Bankruptcy No. 14-22615 JAD |
| Barbara E. Peace | ) | |
| *Debtors* | ) | |
| SSN XXX-XX-1810 | ) | |
| SSN XXX-XX-3683 | ) | Chapter 13 |
| | ) | |
| Barbara E. Peace | ) | Document No. |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| Social Security Administration | ) | |
| *Respondent* | ) | |

## **CONSENT ORDER**

AND NOW, comes the debtor, Barbara Peace by and through her attorneys, Kenneth M. Steinberg and Steidl and Steinberg, Attorneys at Law and respectfully represents as follows:

1. The debtor received a Trustee Certificate of Default Requesting Dismissal of her case.
2. The debtor can no longer afford to remain in the Chapter 13 Plan and is requesting that her wage attachment be terminated.
3. The debtor has filed a Motion to Convert the Case to Chapter 7 at docket number 95.
4. The Chapter 13 Trustee's office has reviewed and consented to this order.

                                        Respectfully submitted,

August 7, 2017                   /s/ Kenneth M. Steinberg
DATE                               Kenneth M. Steinberg Esquire
                                        Attorney for the Debtor
                                        Steidl & Steinberg
                                        Suite 2830 Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        412-391-8000
                                        kenny.steinberg@steidl-steinberg.com
                                        PA I.D. 31244

August 7, 2017          /s/ Jana Pail
DATE          Jana Pail, Esquire
Attorney for Chapter 13 Trustee
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
jpail@chapter13trusteewdpa.com
P.A.I.D. 88910

_____     _____

United States Bankruptcy Judge

Jeffrey A. Deller