## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William H. Peace Jr. | ) | Case No. 14-22615 JAD |
| Barbara E. Peace | ) | Chapter 13 |
|    Debtors | ) | Related Docket Nos. 100 |
| | ) | |
| William H. Peace Jr. | ) | Hearing Date and Time: |
| Barbara E. Peace | ) | September 12, 2017 at 10:00 am |
|    Debtors | ) | |
|        vs. | ) | |
| | ) | |
| Allegheny General Hospital, Bernstein-Berkley PC, Bank of New York Mellon, Capital One Bank, City of Pittsburgh EMS, Rosemary Crawford, Duquesne Light Company, Equitable Gas Company, Ford Credit, George A. Warden Funeral Home, KML Law Group, Internal Revenue Service, Kohl's, Med Express, NCB Management Services, Nationstar Mortgage LLC, Office Of the United States Trustee, Pennsylvania Department of Revenue, Portfolio Recovery Associates, Phelan Hallinan Diamond & Jones LLP, Recovery Management Systems Corporation, Santander Consumer, Tucker Arensberg PC, Sprint Nextel, UPMC Physician Services, UPMC Presbyterian Shadyside, S. James Wallace, Wells Fargo Bank NA, Wells Fargo Card Services, Wilmington Savings Fund Society | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
|    Respondents | ) | |

**CERTIFICATE OF SERVICE OF ORDER CONVERTING CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7, SETTING DEADLINES, SCHEDULING STATUS CONFERENCE, AND TERMINATING WAGE ATTACHMENT**

     I, Leslie Nebel, certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 11, 2017.

     The type of service made on the parties was Service by First-Class Mail.

If more than one method was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SEE ATTACHED MAILING MATRIX

EXECUTED ON: August 11, 2017

By:   /s/ Leslie Nebel
Leslie Nebel
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
412-391-8000
leslie.nebel@steidl-steinberg.com

```
Label Matrix for local noticing          Allegheny General Hospital              Peter J. Ashcroft
0315-2                                   PO Box 3475                             Bernstein-Burkley, P.C.
Case 14-22615-JAD                        Toledo, OH 43607-0475                   Suite 2200, Gulf Tower
WESTERN DISTRICT OF PENNSYLVANIA                                                 Pittsburgh, PA 15219-1900
Pittsburgh
Fri Aug 11 08:55:16 EDT 2017

Bank of New York Mellon                  Capital One Bank                        Capital One, N.A.
C/O Weinstein, Pinson, & Riley, P.S.     c/o Firstsource Advantage LLC           c o Becket and Lee LLP
2001 Western Avenue, Ste. 400            205 Bryant Woods South                  POB 3001
Seattle, WA 98121-3132                   Buffalo, NY 14228-3609                  Malvern, PA 19355-0701


City of Pittsburgh EMS                   Rosemary C. Crawford                    Brenda L. Diehl
P. O. Box 2480                           Crawford McDonald, LLC.                 Wells Fargo Card Services
Pittsburgh, PA 15230-2480                P.O. Box 355                            P.O. Box 9210
                                         Allison Park, PA 15101-0355             Des Moines, IA 50306-9210


Duquesne Light Company                   Duquesne Light Company                  Equitable Gas Bankruptcy Department
c/o Peter J. Ashcroft                    c/o Peter J. Ashcroft,                  Attn:  Judy Gawlowski
2200 Gulf Tower                          Bernstein-Burkley, P.C.,                225 North Shore Drive 2nd Floor
Pittsburgh, PA 15219                     707 Grant St., Suite 2200, Gulf Tower,  Pittsburgh, PA 15212-5860
                                         Pittsburgh, PA 15219-1945

Ford Credit                              George A. Warden Funeral Home           Joshua I. Goldman
PO Box 220564                            1100 N. Homewood Avenue                 KML Law Group, P.C.
Pittsburgh, PA 15257-2564                Pittsburgh, PA 15208-1428               701 Market Street
                                                                                 Suite 5000
                                                                                 Philadelphia, PA 19106-1541

Internal Revenue Service                 Kohl's                                  Med Express
PO Box 7346                              PO Box 2983                             PO Box 7964
Philadelphia, PA 19101-7346              Milwaukee, WI 53201-2983                Belfast, ME 04915-7900



NCB Management Services                  (p)NATIONSTAR MORTGAGE LLC              Nationstar Mortgage
c/o Weltman, Weinberg & Reis Co LPA      PO BOX 619096                           c/o Phelan Hallinan
PO Box 93596                             DALLAS TX 75261-9096                    1617 JFK Bouelvard, Suite 1400
Cleveland, OH 44101-5596                                                         Philadelphia, PA 19103-1814


Office of the United States Trustee      Barbara E. Peace                        William H. Peace Jr.
Liberty Center.                          2222 Ramsey Road                        2222 Ramsey Road
1001 Liberty Avenue, Suite 970           Monroeville, PA 15146-4824              Monroeville, PA 15146-4824
Pittsburgh, PA 15222-3721



Pennsylvania Dept. of Revenue            (p)PORTFOLIO RECOVERY ASSOCIATES LLC    James A. Prostko
Department 280946                        PO BOX 41067                            Phelan Hallinan Diamond & Jones, LLP
P.O. Box 280946                          NORFOLK VA 23541-1067                   Omni William Penn Office Tower
ATTN: BANKRUPTCY DIVISION                                                        555 Grant Street
Harrisburg, PA 17128-0946                                                        Suite 300
                                                                                 Pittsburgh, PA 15219-4408

Recovery Management Systems Corporation  Recovery Management Systems Corporation Santander Consumer
25 S.E. Second Avenue                    25 S.E. 2nd Avenue, Suite 1120          PO Box 105255
Suite 1120                               Miami, FL 33131-1605                    Atlanta, GA 30348-5255
Miami, FL 33131-1605
```

| | | |
|---|---|---|
| Santander Consumer USA Inc.<br>Tucker Arenbberg, P.C.<br>c/o Brett A. Solomon, Esquire<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 | Santander Consumer USA Inc.<br>P. O. Box 560284<br>Dallas TX 75356-0284 | Brett A. Solomon<br>Tucker Arensberg, P.C.<br>1500 One PPG Place,<br>Pittsburgh, PA 15222-5413 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Kenneth M. Steinberg<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower.<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | UPMC Physician Services<br>PO Box 371980<br>Pittsburgh, PA 15250-7980 |
| UPMC Presbyterian Shadyside<br>P.O. Box 382059<br>Pittsburgh, PA 15250-0001 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Wells Fargo Bank, N.A.<br>Po Box 10438<br>Des Moines, Ia 50306-0438 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328-0001 | Wilmington Savings Fund Society, FSB,C/O<br>Rushmore Loan Management Services<br>PO BOX 52708 Irvine, CA 92619 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Nationstar Mortgage<br>350 Highland Drive<br>Lewisville, TX 75067 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Sprint Corp.<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank Of New York Mellon | (u)Jennifer Peace | (u)NATIONSTAR MORTGAGE LLC |
| (u)Wilmington Savings Fund Society, FSB, d/b/ | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     4<br>Total                  45 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | :  Bankruptcy No. 14-22615-JAD |
| WILLIAM H. PEACE, JR. and | : |
| BARBARA E. PEACE, | :  Related To Doc. Nos. 99, 95 |
| | : |
| *Debtors.* | :  Hearing: 9/12/2017 at 10:00 AM |
| | : |

ORDER CONVERTING CASE UNDER CHAPTER 13
TO CASE UNDER CHAPTER 7, SETTING DEADLINES,
SCHEDULING STATUS CONFERENCE, AND
TERMINATING WAGE ATTACHMENT

The Debtors have filed a notice of conversion in accordance with *11 U.S.C. §1307(a)* converting this case to a case under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

It is **ORDERED, ADJUDGED,** and **DECREED** that:

(1) Any party-in-interest that challenges the good faith of the conversion shall, on or before **September 6, 2017**, file a motion setting forth the basis of the challenge and specifically identifying the relief requested in the event conversion is found not to have been made in good faith.

(2) The wage attachment(s) issued in this case are immediately *TERMINATED*. The Debtors shall serve a copy of this order on the employer(s).

(3) *No later than* **August 23, 2017**, the Debtors shall file a schedule of all unpaid debts incurred after the commencement of the chapter 13 case and before conversion. *Bankruptcy Rule 1019(5)(B)(i).*

(4) *No later than* **August 23, 2017**, the Debtors shall file the statements and schedules required by *Bankruptcy Rules 1019(1)(A)* and *1007(b)*, if such documents have not already been filed.

(5) *No later than* **September 8, 2017**, the Debtors shall file a statement of intention with respect to retention or surrender of estate property which secures a debt, as required by *11 U.S.C. §521(a)(2), Bankruptcy Rule 1019(1)(B)*, and conforming to *Official Form 108*.

**(GLT 13 to 7 Form: Rev.2/23/16)**

(6)  The chapter 13 trustee forthwith shall turn over to the chapter 7 trustee all records and property of the estate remaining in the chapter 13 trustee's custody and control, as required by *Bankruptcy Rule 1019(4)*, except that any remaining funds that do not constitute property of the chapter 7 estate shall be returned to the Debtor.

(7)  ***Within 60 days*** of the date of this Order, the chapter 13 trustee shall file an accounting of all receipts and distributions made. Jurisdiction over the chapter 13 trustee's certification of disbursements of funds and final report and account remains assigned to the Honorable Jeffery A. Deller, Chief Bankruptcy Judge.

(8)  *No later than* **September 8, 2017**, the Debtors shall, if the case is converted after the confirmation of a plan, file:

   (a)  a schedule of all property not listed in the final report and account of the chapter 13 trustee which was acquired after the commencement of the chapter 13 case but before the entry of this conversion order, *Bankruptcy Rule 1019(5)(C)(i)*;

   (b)  a schedule of unpaid debts not listed in the chapter 13 trustee's final report and account, *Bankruptcy Rule 1019(5)(C)(ii)*; and,

   (c)  a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 13 case but before the entry of this conversion order, *Bankruptcy Rule 1019(5)(C)(iii)*.

The schedule of claimants under (b) of this paragraph shall be filed by entering additional claimants into the CM/ECF system via "Creditor Maintenance." A list of said claimants shall be attached to the Bankruptcy Rule 1019 Report.

It is **FURTHER ORDERED** that if the Debtor fails to file the documents required by this Order and Bankruptcy Rule 1019 by the aforesaid dates, a status conference shall be held on **September 12, 2017**, at **10:00 AM**, in **Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219**, to determine whether additional relief is necessary to compel compliance with the terms of this Order.

It is **FURTHER ORDERED** that the Clerk shall send the notice required by *Bankruptcy Rule 1019(6)*. If the reports and schedules per Paragraphs 3, 8(b) and 8(c) of this Order are filed in time for the Clerk to include post-petition creditors in the §341 notice mailing, the Clerk shall so include the post-petition creditors in that mailing. If said report and schedules are not filed in time for inclusion of the post-petition creditors in the §341 notice mailing, ***within ten (10) days of the filing of said report and schedules***, the Clerk shall send the notice required by *Bankruptcy Rule 1019(6)*.

**(GLT 13 to 7 Form: Rev.2/23/16)**

     It is **FURTHER ORDERED** that *within forty-five (45) days* of this Order, all chapter 13 fee petitions by any professional shall be self-scheduled and filed with the Clerk of the Bankruptcy Court. The fee petition shall be captioned "Chapter 13 Fee Petition in Converted Case" and the hearing shall be self-scheduled on Judge Deller's chapter 13 motions calendar.

     It is **FURTHER ORDERED** that *within five (5) days* hereof Counsel for Debtors shall *IMMEDIATELY SERVE* a copy of this Order on all creditors in the above case and shall *file a Certificate of Service* with the Clerk of the Bankruptcy Court.

     It is **FURTHER ORDERED** that the Court retains jurisdiction over the Chapter 13 Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Trustee's Final Report and Account, the Chapter 13 Trustee is discharged from her duties in this case

Dated: **August 9, 2017**

                                                   Jeffery A. Deller       mas
                                          Chief United States Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Kenneth M. Steinberg, Esquire

**FILED**
8/9/17 10:30 am
**CLERK**
**U.S. BANKRUPTCY**
**COURT - WDPA**

(GLT 13 to 7 Form: Rev.2/23/16)