Form 132

| | | |
|---|---|---|
| | **UNITED STATES BANKRUPTCY COURT** | 102 |
| | **WESTERN DISTRICT OF PENNSYLVANIA** | gamr |

In re:                                                                                           Bankruptcy Case No.: 14–22615–JAD

Chapter: 7

**William H. Peace Jr.**
Debtor(s)                                                     Barbara E. Peace

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

   Rosemary C. Crawford is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 8/9/17                                                                       **Andrew R. Vara**
                                                                                     Acting United States Trustee

                                                                                     **Joseph S. Sisca**
                                                                                     Assistant United States Trustee
                                                                                     Western District of Pennsylvania

---

I Rosemary C. Crawford, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                                     Rosemary C. Crawford

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 14-22615-JAD
William H. Peace, Jr.                                           Chapter 7
Barbara E. Peace
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: gamr            Page 1 of 1            Date Rcvd: Aug 09, 2017
                              Form ID: 132          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
tr             +Rosemary C. Crawford,    Crawford McDonald, LLC.,    P.O. Box 355,    Allison Park, PA 15101-0355

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              Brett A. Solomon    on behalf of Defendant    Santander Consumer USA bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc. bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Bank Of New York Mellon pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Plaintiff William H. Peace, Jr.
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Kenneth M. Steinberg    on behalf of Plaintiff Barbara E. Peace julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Barbara E. Peace
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Kenneth M. Steinberg    on behalf of Debtor William H. Peace, Jr.
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 15