## Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | **William H. Peace Jr.** | Social Security number or ITIN | **xxx–xx–1810** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | **Barbara E. Peace** | Social Security number or ITIN | **xxx–xx–3683** |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter 13 | **6/27/14** |
| Case number:    **14–22615–JAD** | | Date case converted to chapter 7 | **8/9/17** |

## Official Form 309B (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | William H. Peace Jr. | | Barbara E. Peace |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 2222 Ramsey Road Monroeville, PA 15146 | | 2222 Ramsey Road Monroeville, PA 15146 |
| 4. | **Debtor's attorney** Name and address | Kenneth M. Steinberg Steidl & Steinberg Suite 2830 Gulf Tower. 707 Grant Street Pittsburgh, PA 15219 | | Contact phone 412–391–8000 |
| 5. | **Bankruptcy trustee** Name and address | Rosemary C. Crawford Crawford McDonald, LLC. P.O. Box 355 Allison Park, PA 15101 | | Contact phone 724–443–4757 |
| | The United States Trustee, Region3, appoints this individual as interim trustee as of the date of the filing of the bankruptcy petition. | | | |

**For more information, see page 2 >**

Debtor **William H. Peace Jr.** and **Barbara E. Peace**                    Case number **14–22615–JAD**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 8/9/17 |

The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.
**Photo ID/Delays:**For security reasons, you may encounter delays when attending court hearings.You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly.

| | | |
|---|---|---|
| **7. Meeting of creditors** | **October 16, 2017 at 12:00 PM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |

| | |
|---|---|
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |

| | | |
|---|---|---|
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/15/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/14/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/24/14** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | |
|---|---|
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object |

to exemptions in line 9.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-22615-JAD
William H. Peace, Jr.,                                                          Chapter 7
Barbara E. Peace
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr          Page 1 of 2                Date Rcvd: Aug 09, 2017
                             Form ID: 309B        Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
```
db/jdb    +William H. Peace, Jr.,   Barbara E. Peace,   2222 Ramsey Road,   Monroeville, PA 15146-4824
aty       +Brenda L. Diehl,   Wells Fargo Card Services,   P.O. Box 9210,   Des Moines, IA 50306-9210
aty       +Brett A. Solomon,   Tucker Arensberg, P.C.,   1500 One PPG Place,,   Pittsburgh, PA 15222-5413
aty       +James A. Prostko,   Phelan Hallinan Diamond & Jones, LLP,   Omni William Penn Office Tower,
           555 Grant Street,   Suite 300,   Pittsburgh, PA 15219-4408
aty       +James Warmbrodt,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
           Philadelphia, PA 19106-1541
aty       +Joshua I. Goldman,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
           Philadelphia, PA 19106-1541
aty        Peter J. Ashcroft,   Bernstein-Burkley, P.C.,   Suite 2200, Gulf Tower,
           Pittsburgh, PA  15219-1900
aty       +S. James Wallace,   845 N. Lincoln Avenue,   Pittsburgh, PA 15233-1828
cr         Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr        +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
           Pittsburgh, PA 15212-5860
cr        +Santander Consumer USA Inc.,   Tucker Arenbberg, P.C.,   c/o Brett A. Solomon, Esquire,
           1500 One PPG Place,   Pittsburgh, PA 15222-5413
13879365  +Allegheny General Hospital,   PO Box 3475,   Toledo, OH 43607-0475
13913049  +Bank of New York Mellon,   C/O Weinstein, Pinson, & Riley, P.S.,
           2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
13879367  +City of Pittsburgh EMS,   P. O. Box 2480,   Pittsburgh, PA 15230-2480
13892266  +George A. Warden Funeral Home,   1100 N. Homewood Avenue,   Pittsburgh, PA 15208-1428
13879370  +Med Express,   PO Box 7964,   Belfast, ME 04915-7900
13879371  ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
           (address filed with court:  Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067)
13879374  +UPMC Physician Services,   PO Box 371980,   Pittsburgh, PA 15250-7980
13879375  +UPMC Presbyterian Shadyside,   P.O. Box 382059,   Pittsburgh, PA 15250-0001
14377492   Wilmington Savings Fund Society, FSB,C/O,   Rushmore Loan Management Services,
           PO BOX 52708 Irvine, CA 92619
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty        E-mail/Text: julie.steidl@steidl-steinberg.com Aug 10 2017 01:09:46   Kenneth M. Steinberg,
           Steidl & Steinberg,   Suite 2830 Gulf Tower.,   707 Grant Street,   Pittsburgh, PA 15219
tr        +BRCCRAWFORD.COM Aug 10 2017 01:03:00    Rosemary C. Crawford,   Crawford McDonald, LLC.,
           P.O. Box 355,   Allison Park, PA 15101-0355
smg        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2017 01:10:17    Pennsylvania Dept. of Revenue,
           Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
           Harrisburg, PA  17128-0946
ust        E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 10 2017 01:10:51
           Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
           Pittsburgh, PA 15222-3721
cr         EDI: RECOVERYCORP.COM Aug 10 2017 01:03:00    Recovery Management Systems Corporation,
           25 S.E. Second Avenue,   Suite 1120,   Miami, FL  33131-1605
cr        +EDI: WFFC.COM Aug 10 2017 01:03:00    Wells Fargo Bank, N.A.,   Po Box 10438,
           Des Moines, Ia 50306-0438
13879366  +EDI: FSAE.COM Aug 10 2017 01:04:00    Capital One Bank,   c/o Firstsource Advantage LLC,
           205 Bryant Woods South,   Buffalo, NY 14228-3609
13931759   EDI: BL-BECKET.COM Aug 10 2017 01:04:00    Capital One, N.A.,   c o Becket and Lee LLP,
           POB 3001,   Malvern, PA 19355-0701
13953917   E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 10 2017 01:11:51   Duquesne Light Company,
           c/o Peter J. Ashcroft,   Bernstein-Burkley, P.C.,,   707 Grant St.,   Suite 2200, Gulf Tower,,
           Pittsburgh, PA 15219-1945
13892264  +EDI: FORD.COM Aug 10 2017 01:03:00    Ford Credit,   PO Box 220564,
           Pittsburgh, PA 15257-2564
13892265  +EDI: IRS.COM Aug 10 2017 01:04:00    Internal Revenue Service,   PO Box 7346,
           Philadelphia, PA 19101-7346
13879369  +EDI: CBSKOHLS.COM Aug 10 2017 01:03:00    Kohl's,   PO Box 2983,   Milwaukee, WI 53201-2983
13892267  +E-mail/Text: BKRMailOps@weltman.com Aug 10 2017 01:11:02   NCB Management Services,
           c/o Weltman, Weinberg & Reis Co LPA,   PO Box 93596,   Cleveland, OH 44101-5596
13879372  +E-mail/Text: paul.cressman@phelanhallinan.com Aug 10 2017 01:11:25   Nationstar Mortgage,
           c/o Phelan Hallinan,   1617 JFK Bouelvard, Suite 1400,   Philadelphia, PA 19103-1814
13902863   EDI: PRA.COM Aug 10 2017 01:03:00    Portfolio Recovery Associates, LLC,   POB 12914,
           Norfolk VA 23541
14039621   EDI: RECOVERYCORP.COM Aug 10 2017 01:03:00    Recovery Management Systems Corporation,
           25 S.E. 2nd Avenue, Suite 1120,   Miami,   FL 33131-1605
13931406   EDI: NEXTEL.COM Aug 10 2017 01:03:00    Sprint Corp.,   Attn Bankruptcy Dept,   PO Box 7949,
           Overland Park KS 66207-0949
13879373  +EDI: DRIV.COM Aug 10 2017 01:04:00    Santander Consumer,   PO Box 105255,
           Atlanta, GA 30348-5255
13926977   EDI: DRIV.COM Aug 10 2017 01:04:00    Santander Consumer USA Inc.,   P. O. Box 560284,
           Dallas TX 75356-0284
13955792  +EDI: WFFC.COM Aug 10 2017 01:03:00    Wells Fargo Card Services,   1 Home Campus 3rd Floor,
           Des Moines, IA 50328-0001
```

```
District/off: 0315-2          User: gamr              Page 2 of 2            Date Rcvd: Aug 09, 2017
                              Form ID: 309B           Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
                                                                            TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bank Of New York Mellon
cr            NATIONSTAR MORTGAGE LLC
cr            Wilmington Savings Fund Society, FSB, d/b/a Christ
13879368      Jennifer Peace
                                                                            TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
```
              Brett A. Solomon    on behalf of Defendant    Santander Consumer USA bsolomon@tuckerlaw.com,
              dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc. bsolomon@tuckerlaw.com,
              dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
              Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
              bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Bank Of New York Mellon pawb@fedphe.com,
              james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pawb@fedphe.com,
              james.prostko@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
              Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
              bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Barbara E. Peace
              julie.steidl@steidl-steinberg.com,
              kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
              ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Kenneth M. Steinberg    on behalf of Debtor William H. Peace, Jr.
              julie.steidl@steidl-steinberg.com,
              kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
              ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Kenneth M. Steinberg    on behalf of Plaintiff William H. Peace, Jr.
              julie.steidl@steidl-steinberg.com,
              kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
              ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Kenneth M. Steinberg    on behalf of Plaintiff Barbara E. Peace julie.steidl@steidl-steinberg.com,
              kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
              ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
              ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
              inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,    PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
              Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                            TOTAL: 15
```