**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | Case No. 14-22615 JAD |
| William H. Peace Jr. | ) | |
| Barbara E. Peace | ) | Chapter 7 |
| Debtors | ) | |
| William H. Peace Jr. | ) | |
| Barbara E. Peace | ) | |
| Movants | ) | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth M. Steinberg, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By:

August 22, 2017                          /s/ Kenneth M. Steinberg
DATE                                     Kenneth M. Steinberg
                                         Attorney for the Debtors

                                         STEIDL & STEINBERG
                                         Suite 2830 – Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA  15219
                                         (412) 391-8000
                                         kenny.steinberg@steidl-steinberg.com
                                         PA I.D. No. 31244

UPMC Health Services
PO Box 371472
Pittsburgh, PA  15250-7472