IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| William H. Peace Jr. | ) | |
| Barbara E. Peace | ) | Case No14-22615 JAD |
| Debtors | ) | |
| | ) | Chapter 7 |
| William H. Peace Jr. | ) | Related to Docket No. 100 |
| Barbara E. Peace | ) | |
| Movants | ) | |

**RULE 1019 REPORT**

AND NOW, come the debtors, William and Barbara Peace by and through their

attorneys Kenneth M. Steinberg, and Steidl and Steinberg, Attorneys at Law and

respectfully represent as follows:

1.    This case was commenced on June 27, 2014 when the debtors filed a

voluntary petition under Chapter 13 of the Bankruptcy Code.

2.    This case was converted to Chapter 7 by Order of Court dated August 9,

2017. Subsequent to the filing of the Chapter 13 petition, but prior to

conversion of the case to Chapter 7, the debtors have not entered into or

assumed any executory contracts and have not acquired any additional or

new property, either real or personal.  .  However, during this time period,

the debtors have incurred additional debts and these are as follows:

UPMC Health Services
PO Box 371472
Pittsburgh, PA  15250-7472

WHEREFORE, the debtors, William and Barbara Peace respectfully file this Rule

1019 Report.

Respectfully submitted,

<u>August 22, 2017</u>     <u>/s/ Kenneth M. Steinberg</u>
DATE         Kenneth M. Steinberg, Esquire
           Attorney for the Debtors
           STEIDL & STEINBERG
           Suite 2830 – Gulf Tower
           707 Grant Street
           Pittsburgh, PA  15219
           (412) 391-8000
           PA I. D. No.  31244
           kenny.steinberg@steidl-steinberg.com