**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    WILLIAM H. PEACE, JR.
    BARBARA E. PEACE
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:14-22615 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/27/2014 and confirmed on 10/17/2014 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 109,020.00 |
| Less Refunds to Debtor | 3,173.52 | |
| TOTAL AMOUNT OF PLAN FUND | | 105,846.48 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,300.00 | |
|   Trustee Fee | 4,272.95 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,572.95 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 3624 | 0.00 | 76,276.68 | 0.00 | 76,276.68 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 3624 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 3624 | 0.00 | 4,545.00 | 0.00 | 4,545.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 3624 | 45,814.54 | 3,533.55 | 0.00 | 3,533.55 |
| WELLS FARGO CARD SERVICES<br>Acct: 7650 | 537.22 | 537.22 | 0.00 | 537.22 |
| FORD MOTOR CREDIT CO(*)<br>Acct: 8181 | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA**<br>Acct: 6951 | 9,000.00 | 9,000.00 | 962.23 | 9,962.23 |
| | | | | 94,854.68 |
| **Priority** | | | | |
| KENNETH M STEINBERG ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| WILLIAM H. PEACE, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM H. PEACE, JR.<br>Acct: | 3,173.52 | 3,173.52 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 1810 | 6,595.09 | 2,418.85 | 0.00 | 2,418.85 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 3624 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 2,418.85 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY*<br>Acct: 6004 | 340.37 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY GENERAL HOSPITAL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 9211 | 1,571.96 | 0.00 | 0.00 | 0.00 |
| CITY OF PITTSBURGH EMS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GEORGE A WARDEN FUNERAL HOME<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA**<br>Acct: 2885 | 328.51 | 0.00 | 0.00 | 0.00 |
| MED EXPRESS<br>Acct: 3908 | 0.00 | 0.00 | 0.00 | 0.00 |
| NCB MANAGEMENT SERVICES INC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 1810 | 4,671.68 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 1521 | 1,739.48 | 0.00 | 0.00 | 0.00 |
| SPRINT CORP(*)<br>Acct: 5861 | 272.40 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA**<br>Acct: 6951 | 11,478.29 | 0.00 | 0.00 | 0.00 |
| EQUITABLE GAS CO (*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 3358 | 0.00 | 0.00 | 0.00 | 0.00 |
| JOSHUA I GOLDMAN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                        97,273.53

TOTAL CLAIMED
PRIORITY              6,595.09
SECURED              55,351.76
UNSECURED            20.402.69

Date: 08/28/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com