**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE:<br><br>WILLIAM H. PEACE, JR.<br>BARBARA E. PEACE<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Repondents. | Case No.:14-22615 JAD<br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/27/2014 and confirmed on 10/17/2014 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 109,479.25 |
| Less Refunds to Debtor | 3,632.77 | |
| TOTAL AMOUNT OF PLAN FUND | | 105,846.48 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,300.00 | |
|     Trustee Fee | 4,272.95 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,572.95 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS<br>    Acct: 3624 | 0.00 | 76,276.68 | 0.00 | 76,276.68 |
|   WILMINGTON SAVINGS FUND SOCIETY FS<br>    Acct: 3624 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILMINGTON SAVINGS FUND SOCIETY FS<br>    Acct: 3624 | 0.00 | 4,545.00 | 0.00 | 4,545.00 |
|   WILMINGTON SAVINGS FUND SOCIETY FS<br>    Acct: 3624 | 45,814.54 | 3,533.55 | 0.00 | 3,533.55 |
|   WELLS FARGO CARD SERVICES<br>    Acct: 7650 | 537.22 | 537.22 | 0.00 | 537.22 |
|   FORD MOTOR CREDIT CO(*)<br>    Acct: 8181 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SANTANDER CONSUMER USA**<br>    Acct: 6951 | 9,000.00 | 9,000.00 | 962.23 | 9,962.23 |
| | | | | 94,854.68 |
| **Priority** | | | | |
|   KENNETH M STEINBERG ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 14-22615 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   WILLIAM H. PEACE, JR.  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILLIAM H. PEACE, JR.  Acct: | 3,173.52 | 3,173.52 | 0.00 | 0.00 |
|   WILLIAM H. PEACE, JR.  Acct: | 459.25 | 459.25 | 0.00 | 0.00 |
|   STEIDL & STEINBERG  Acct: | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG  Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE*  Acct: 1810 | 6,595.09 | 2,418.85 | 0.00 | 2,418.85 |
|   WILMINGTON SAVINGS FUND SOCIETY FS  Acct: 3624 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | | | | 2,418.85 |
| Unsecured | | | | |
|   DUQUESNE LIGHT COMPANY*  Acct: 6004 | 340.37 | 0.00 | 0.00 | 0.00 |
|   ALLEGHENY GENERAL HOSPITAL  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRA/PORTFOLIO RECOVERY ASSOC  Acct: 9211 | 1,571.96 | 0.00 | 0.00 | 0.00 |
|   CITY OF PITTSBURGH EMS  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   GEORGE A WARDEN FUNERAL HOME  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CAPITAL ONE NA**  Acct: 2885 | 328.51 | 0.00 | 0.00 | 0.00 |
|   MED EXPRESS  Acct: 3908 | 0.00 | 0.00 | 0.00 | 0.00 |
|   NCB MANAGEMENT SERVICES INC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   UNIVERSITY OF PGH PHYSICIAN  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   UPMC(*)  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE*  Acct: 1810 | 4,671.68 | 0.00 | 0.00 | 0.00 |
|   PRA/PORTFOLIO RECOVERY ASSOC  Acct: 1521 | 1,739.48 | 0.00 | 0.00 | 0.00 |
|   SPRINT CORP(*)  Acct: 5861 | 272.40 | 0.00 | 0.00 | 0.00 |
|   SANTANDER CONSUMER USA**  Acct: 6951 | 11,478.29 | 0.00 | 0.00 | 0.00 |
|   EQUITABLE GAS CO (*)  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   NATIONSTAR MORTGAGE LLC**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   SYNCHRONY BANK  Acct: 3358 | 0.00 | 0.00 | 0.00 | 0.00 |
|   JOSHUA I GOLDMAN ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                                                   97,273.53

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 6,595.09 |
| SECURED | 55,351.76 |
| UNSECURED | 20,402.69 |

Date: 10/23/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com