IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| William H. Peace Jr., ) | Case No. 14-22615 JAD |
| Barbara E. Peace, ) | |
| *Debtors* ) | Chapter 7 |
| ) | |
| William H. Peace Jr., ) | Related to Doc. No. 116 |
| Barbara E. Peace, ) | |
| *Movants* ) | |
| ) | |

**CERTIFICATE OF SERVICE**

   I, the undersigned, hereby certify that on November 1, 2017, a true and correct copy of the *Order dated October 31, 2017, 341 Meeting of Creditors Notice, and Amendments to Schedule B and Schedule C* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Office of the United States Trustee  
Suite 970, Liberty Center  
1001 Liberty Avenue  
Pittsburgh, PA 15222

William & Barbara Peace  
2222 Ramsey Road  
Monroeville, PA 15146

Rosemary C. Crawford  
PO Box 355  
Allison Park, PA 15101

Date of Service: November 1, 2017 /s/ Kenneth M. Steinberg  
                Kenneth Steinberg, Esquire  
                STEIDL & STEINBERG  
                28th Floor, Gulf Tower  
                707 Grant Street  
                Pittsburgh, PA 15219  
                (412) 391-8000  
                PA I.D. 31244