IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>William H. Peace, Jr.<br>Barbara E. Peace,<br>    Debtor(s)<br>William H. Peace, Jr.<br>Barbara E. Peace,<br>    Movant(s)<br><br>v.<br><br>Rushmore Loan Management Services,<br>    Respondent(s) | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 14-22615-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 118 |

### ORDER OF COURT

*AND NOW*, this **5th** day of *January*, 2018, it is hereby **ORDERED, ADJUDGED and DECREED** that this Court approves the loan modification between the Debtors, William and Barbara Peace and the mortgage company, Rushmore Loan Management Services, the terms of which are as follows:

a) The new balance owed is $210,331.49.
b) The interest rate is now 5.000%.
c) The monthly mortgage payment is $1,495.50.
d) A balloon payment in the amount of $20,581.49 is due on the maturity date.
e) The Mortgage arrears are now $0.00.

                                                      Jeffery A. Deller    mas
                                                      Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Kenneth M. Steinberg, Esquire

FILED
1/5/18 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 47 (04/14)                                                   Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William H. Peace, Jr.
Barbara E. Peace
     Debtors

Case No. 14-22615-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Jan 05, 2018
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2018.
db/jdb          +William H. Peace, Jr.,   Barbara E. Peace,   2222 Ramsey Road,   Monroeville, PA 15146-4824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2018 at the address(es) listed below:
          Brett A. Solomon    on behalf of Defendant    Santander Consumer USA bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc. bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Bank Of New York Mellon pawb@fedphe.com, james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pawb@fedphe.com, james.prostko@phelanhallinan.com
          Joshua I. Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
          Kenneth M. Steinberg    on behalf of Plaintiff William H. Peace, Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Kenneth M. Steinberg    on behalf of Plaintiff Barbara E. Peace julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Kenneth M. Steinberg    on behalf of Joint Debtor Barbara E. Peace julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Kenneth M. Steinberg    on behalf of Debtor William H. Peace, Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          TOTAL: 14