**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **William H. Peace Jr.** | Social Security number or ITIN | **xxx–xx–1810** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Barbara E. Peace** | Social Security number or ITIN | **xxx–xx–3683** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **14–22615–JAD**

## Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William H. Peace Jr.                                                        Barbara E. Peace

10/11/18                                                                        **By the court:**   Jeffery A. Deller
                                                                                                             United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                         Case No. 14-22615-JAD
William H. Peace, Jr.                                          Chapter 7
Barbara E. Peace
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: gamr              Page 1 of 2              Date Rcvd: Oct 11, 2018
                              Form ID: 318            Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
```
db/jdb         +William H. Peace, Jr.,    Barbara E. Peace,    2222 Ramsey Road,    Monroeville, PA 15146-4824
aty            +Brenda L. Diehl,    Wells Fargo Card Services,    P.O. Box 9210,    Des Moines, IA 50306-9210
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Santander Consumer USA Inc.,    Tucker Arenbberg, P.C.,    c/o Brett A. Solomon, Esquire,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
13879365       +Allegheny General Hospital,    PO Box 3475,    Toledo, OH 43607-0475
13913049       +Bank of New York Mellon,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13879367       +City of Pittsburgh EMS,    P. O. Box 2480,    Pittsburgh, PA 15230-2480
13892266       +George A. Warden Funeral Home,    1100 N. Homewood Avenue,    Pittsburgh, PA 15208-1428
13879370       +Med Express,    PO Box 7964,    Belfast, ME 04915-7900
13879371      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,     350 Highland Drive,    Lewisville, TX 75067)
13879372       +Nationstar Mortgage,    c/o Phelan Hallinan,    1617 JFK Bouelvard, Suite 1400,
                 Philadelphia, PA 19103-1814
14679886       +UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
13879374       +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13879375       +UPMC Presbyterian Shadyside,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
14377492        Wilmington Savings Fund Society, FSB,C/O,    Rushmore Loan Management Services,
                 PO BOX 52708 Irvine, CA 92619
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: BRCCRAWFORD.COM Oct 12 2018 06:23:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                 P.O. Box 355,    Allison Park, PA 15101-0355
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2018 02:34:32       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr              EDI: RECOVERYCORP.COM Oct 12 2018 06:23:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
cr             +EDI: WFFC.COM Oct 12 2018 06:23:00      Wells Fargo Bank, N.A.,    Po Box 10438,
                 Des Moines, Ia 50306-0438
13879366       +EDI: FSAE.COM Oct 12 2018 06:23:00      Capital One Bank,    c/o Firstsource Advantage LLC,
                 205 Bryant Woods South,    Buffalo, NY 14228-3609
13931759        EDI: BL-BECKET.COM Oct 12 2018 06:23:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13953917       +E-mail/Text: kburkley@bernsteinlaw.com Oct 12 2018 02:35:24       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13892264       +EDI: FORD.COM Oct 12 2018 06:23:00      Ford Credit,    PO Box 220564,
                 Pittsburgh, PA 15257-2564
13892265       +EDI: IRS.COM Oct 12 2018 06:23:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
13879369       +EDI: CBSKOHLS.COM Oct 12 2018 06:23:00      Kohl's,    PO Box 2983,    Milwaukee, WI 53201-2983
13892267       +E-mail/Text: BKRMailOps@weltman.com Oct 12 2018 02:34:50       NCB Management Services,
                 c/o Weltman, Weinberg & Reis Co LPA,    PO Box 93596,    Cleveland, OH 44101-5596
13902863        EDI: PRA.COM Oct 12 2018 06:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14039621        EDI: RECOVERYCORP.COM Oct 12 2018 06:23:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13931406        EDI: NEXTEL.COM Oct 12 2018 06:23:00      Sprint Corp.,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
13879373       +EDI: DRIV.COM Oct 12 2018 06:23:00      Santander Consumer,    PO Box 105255,
                 Atlanta, GA 30348-5255
13926977        EDI: DRIV.COM Oct 12 2018 06:23:00      Santander Consumer USA Inc.,    P. O. Box 560284,
                 Dallas TX 75356-0284
13955792       +EDI: WFFC.COM Oct 12 2018 06:23:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
                                                                                               TOTAL: 17
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank Of New York Mellon
cr              NATIONSTAR MORTGAGE LLC
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
13879368        Jennifer Peace
aty*           +Rosemary C. Crawford,    Crawford McDonald, LLC.,    P.O. Box 355,    Allison Park, PA 15101-0355
                                                                                               TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2              User: gamr                Page 2 of 2                 Date Rcvd: Oct 11, 2018
                                  Form ID: 318              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:

```
          Brett A. Solomon    on behalf of Defendant    Santander Consumer USA bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc. bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Bank Of New York Mellon pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Joshua I. Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          Kenneth M. Steinberg     on behalf of Joint Debtor Barbara E. Peace
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Kenneth M. Steinberg     on behalf of Debtor William H. Peace, Jr.
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Kenneth M. Steinberg     on behalf of Plaintiff William H. Peace, Jr.
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Kenneth M. Steinberg     on behalf of Plaintiff Barbara E. Peace julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
           PA68@ecfcbis.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 15
```