**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| PEACE, WILLIAM H., JR. | ) | Case No. <u>14-22615-JAD</u> |
| PEACE, BARBARA E. | ) | |
| Debtors, | ) | Chapter 7 |
| | ) | |
| Rosemary C. Crawford, | ) | Doc. No. |
| | ) | Hearing Date: N/A |
| Trustee Applicant, | ) | Related Doc. 128 |
| No Respondent. | ) | |

## STATUS REPORT

The Status Report of Rosemary C. Crawford, Trustee, respectfully represents:

1. This case was converted to Chapter 7 of the Code, by **PEACE, WILLIAM H., JR. and PEACE, BARBARA E.** on August 9, 2017, at which time Rosemary Crawford was duly appointed as Chapter 7 Trustee.

2. The meeting of creditors was held on November 13, 2017.

3. The asset in this case is a decedent's estate for which is Karen Timpko, Esquire, 954 Greentree Road Pittsburgh, PA 15220, is current counsel for the decedent's estate. Prior counsel John Morrow, Esquire, passed away. According, to Attorney Timpko, the beneficiaries of the decedent's estate have been presented with a family settlement agreement but have not signed it.

4. See Form 1.

5. The following actions are needed to conclude the case: The decedent's estate administration must be concluded.

6. The Trustee anticipates that the Final Accounts will be filed on or before December 31, 2023.

Trustee Peace status report

Respectfully submitted,
/s/Rosemary C. Crawford
Rosemary C. Crawford, Trustee
Crawford McDonald, LLC
P.O. Box 355
Allison Park, PA  15101
Pa. I.D. No. 56981
(724) 443-4757
crawfordmcdonald@aol.com

Dated: March 1, 2022

Trustee Peace status report