IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| William H. Peace, Jr. | ) | Case No. 14-22615 JAD |
| Barbara E. Peace | ) | Chapter 13 |
| Debtors | ) | Related to Docket No. |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 17, 2022, a true and correct copy of the *Amended Schedules B and C along with the Order of Court dated October 17, 2022* was caused to be served by US Mail, upon the following persons and parties:

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, Pa 15222

Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101

Date of Service: October 17, 2022

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201