**Form 009**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

134
jhel

In re:  Bankruptcy Case No.: 14−22615−JAD

Chapter: 7

**William H. Peace Jr.**
Debtor(s)

Barbara E. Peace

### ORDER OF COURT

**AND NOW,** this The 17th of October, 2022, in consideration of the Debtor(s) amendment to **Schedule C filed on 10/14/2022**

**IT IS HEREBY ORDERED** that the **MOVANT SHALL IMMEDIATELY SERVE A COPY OF THIS ORDER AND THE AMENDMENT ON ALL AFFECTED PARTIES, THE TRUSTEE AND THE UNITED STATES TRUSTEE.**

**IT IS FURTHER ORDERED that Movant shall file a certificate of service within seven (7) days from receipt of this Order with the Clerk, U.S. Bankruptcy Court.**

**IT IS FURTHER ORDERED** that any objection to discharge (if applicable), request for a 341 meeting (if applicable), and/or objections to exemptions shall be filed on or before **11/14/2022 or the date set forth in the Section 341 Meeting Notice, whichever is later.**

**IT IS FURTHER ORDERED** that if no objections to the amendment are filed, the amendment is accepted for filing. If objections to the amendment are filed, a hearing will be scheduled.

**FAILURE TO SERVE** the appropriate documents and file a timely Certificate of Service will result in the Amendment being rendered **NULL AND VOID** without further Order of Court.

**IF APPLICABLE, FAILURE TO PAY THE REQUIRED FILING FEE WITHIN SEVEN (7) DAYS OF THE DATE OF THIS ORDER** will result in the Amendment being rendered **NULL AND VOID** without further Order of Court.

<u>Jeffery A. Deller</u>
Judge

cm: Debtors
   Counsel for Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 14-22615-JAD
William H. Peace, Jr.  Chapter 7
Barbara E. Peace
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Oct 17, 2022     Form ID: 009     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William H. Peace, Jr., Barbara E. Peace, 2222 Ramsey Road, Monroeville, PA 15146-4824 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Defendant Santander Consumer USA brett.solomon@solomon-legal.com |
| Brett A. Solomon | on behalf of Creditor Santander Consumer USA Inc. brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Bank Of New York Mellon jprostko@c-vlaw.com jamesprostko@gmail.com |
| James A. Prostko | on behalf of Creditor NATIONSTAR MORTGAGE LLC jprostko@c-vlaw.com jamesprostko@gmail.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 17, 2022 | Form ID: 009 | Total Noticed: 1 |

Joshua I. Goldman
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Kenneth M. Steinberg
    on behalf of Plaintiff William H. Peace  Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth M. Steinberg
    on behalf of Joint Debtor Barbara E. Peace julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth M. Steinberg
    on behalf of Plaintiff Barbara E. Peace julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth M. Steinberg
    on behalf of Debtor William H. Peace  Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Debtor William H. Peace  Jr. julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Joint Debtor Barbara E. Peace julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com  PA68@ecfcbis.com

S. James Wallace
    on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 17