# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| **PEACE, WILLIAM H., JR.** ) | Case No. <u>14-22615-JAD</u> |
| **PEACE, BARBARA E.** ) | |
| Debtors, ) | Chapter 7 |
| ) | |
| Rosemary C. Crawford, ) | Doc. No. |
| ) | Hearing Date: N/A |
| Trustee Applicant, ) | Related Doc. 137 |
| No Respondent. ) | |

## STATUS REPORT

The Status Report of Rosemary C. Crawford, Trustee, respectfully represents:

1. This case was converted to Chapter 7 of the Code, by **PEACE, WILLIAM H., JR. and PEACE, BARBARA E.** on August 9, 2017, at which time Rosemary Crawford was duly appointed as Chapter 7 Trustee.

2. The meeting of creditors was held on November 13, 2017.

3. The asset in this case is a decedent's estate for which is Karen Timpko, Esquire, 954 Greentree Road Pittsburgh, PA 15220, is current counsel for the decedent's estate. Prior counsel John Morrow, Esquire, passed away. According, to Attorney Timpko, the beneficiaries of the decedent's estate have been presented with a family settlement agreement but have not signed it.

4. The decedent's estate funds have been received and cleared in the bank on or about November 15, 2022.

5. The Trustee's Final Report was submitted on November 16, 2022.

> Respectfully submitted,
> /s/Rosemary C. Crawford
> Rosemary C. Crawford, Trustee
> Crawford McDonald, LLC

Trustee Peace status report

|  |  |
|---|---|
|  | P.O. Box 355 |
|  | Allison Park, PA  15101 |
|  | Pa. I.D. No. 56981 |
|  | (724) 443-4757 |
| Dated: November 16, 2022 | crawfordmcdonald@aol.com |

Trustee Peace status report