IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Barbara E. Peace ) | Case No.14-22615 JAD |
| William H. Peace Jr. ) | Chapter 7 |
|    Debtors ) | Related to Docket Nos. 138 & 139 |
| ) | |
| Wilmington Savings Fund Society, FSB, ) | Hearing Date and Time: |
| d/b/a Christiana Trust, not individually but ) | 12/6/2022 at 10:00am |
| as trustee for Pretium Mortgage Acquisition ) | |
| Trust, its successors and/or assigns ) | |
|    Movant ) | |
| ) | |
| Barbara E. Peace ) | |
| William H. Peace Jr. ) | |
|    Respondents ) | |
| ) | |
| and ) | |
| ) | |
| Rosemary C. Crawford ) | |
|    Additional Respondent ) | |

**<u>RESPONSE TO MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, ITS SUCCESSORS AND/OR ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001</u>**

AND NOW, come the Debtors, William H. Peace Jr. and Barbara E. Peace, by and through their attorneys, Lauren M. Lamb and Steidl and Steinberg, P.C., and respectfully represent as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. Debtors are without sufficient information to confirm the payoff.

6. Admitted with clarification. Debtor-wife intends to cure the default with the exempted funds from her mother's estate as soon as the Chapter 7 Trustee can release those funds.

7. Denied. The reinstatement amount fails to credit the suspense balance.

8. Denied. Debtors are without sufficient information to confirm the fair market value of the property.

9. Admitted.

10. Admitted.

11. Admitted.

12. Denied.

13. Denied.

14. Admitted.

15. This is a statement to which no response is required. However, to the extent a response is required, the same is denied.

WHEREFORE, the Debtors, William H. Peace Jr. and Barbara E. Peace, respectfully request this Honorable Court deny the Motion for Relief from the Automatic Stay.

Respectfully submitted,

November 28, 2022  /s/ Lauren M. Lamb
DATE  Lauren M. Lamb
  Attorney for the Debtors
  STEIDL & STEINBERG
  Suite 2830 – Gulf Tower
  707 Grant Street

Pittsburgh, PA  15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201