FILED
12/16/22 8:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Barbara E. Peace<br>William H. Peace Jr.<br>　　　　　　　　　Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,<br>　　　　　　　　　Movant<br>　　　　v.<br>Barbara E. Peace<br>William H. Peace Jr.<br>　　　　　　　　　Respondents<br>　　　　and<br>Rosemary C. Crawford, Trustee<br>　　　　　　　　　Additional Respondents | BK. NO. 14-22615 JAD<br><br>CHAPTER 13<br><br>Related to ECF No. 138 |

**STIPULATION**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Wilmington Savings Fund Society, FSB, d/b/a Christian Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, has filed a motion for relief from stay due to delinquent mortgage payments on the mortgage secured by Debtor's real property at 2222 Ramsey Road, Monroeville, PA 15146. (Doc. 138);

WHEREAS, Debtor has filed a response opposing relief from the automatic stay (Doc. 143)

WHEREAS, the parties enter into this Stipulation to resolve the motion for relief from the automatic stay.

It is therefore Stipulated and agreed as follows:

1. Stay is vacated 120 days from the date this Order is executed, or at the close of the case, whichever is earlier;

2. The parties agree that the arrears through and including December $6,982.55 (August through November 2022 and $1,604.70, less $1,040.95 in suspense) will be paid from the proceeds of the estate received from the Trustee promptly upon receipt of same;

3. Secured Creditor does not waive its right to collect any arrears in the event Debtor does not bring the loan contractually current, upon vacation of the stay as set forth in paragraph 1;

4. Debtor is to make regular payments directly to Creditor in accordance with the terms of then note and mortgage, resuming with the January 2023 payment to the address below

Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619.

5. If the Debtor fails to make a payment with thirty (30) days of its due date, Secured Creditor can seek to relist the within motion by filing a certification outlining such a default, and to which Debtor shall have the right to respond.

On this <u>16th</u> day of <u>December,</u> <u>2022,</u> it is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

_____
**JEFFERY A. DELLER**
**UNITED STATES BANKRUPTCY JUDGE**

Consented to by:

| | |
|---|---|
| ***/s/ Lauren M. Lamb, Esquire*** | ***/s/ Denise Carlon, Esquire*** |
| Lauren M. Lamb, Esquire | Denise Carlon, Esquire |
| PA ID No. 209201 | PA ID No. 317226 |
| Steidl & Steinberg | KML Law Group, P.C. |
| Attorney for Debtor | Attorney for Movant |
| Suite 2830, 707 Grant Street | 701 Market Street, Suite 5000 |
| Pittsburgh, PA 15219 | Philadelphia, PA 19106 |
| Phone: 412-391-8000 | Phone: 215-627-1322 |
| Llamb@steidl-steinberg.com | dcarlon@kmllawgroup.com |