FILED
12/16/22 8:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Barbara E. Peace<br>William H. Peace Jr.<br>　　　　　　　　Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,<br>　　　　　　　　Movant<br>　　　　　　v.<br>Barbara E. Peace<br>William H. Peace Jr.<br>　　　　　　　　Respondents<br>　　　　　　and<br>Rosemary C. Crawford, Trustee<br>　　　　　　　　Additional Respondents | BK. NO. 14-22615 JAD<br><br>CHAPTER 13<br><br>Related to ECF No. 138 |

**STIPULATION**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Wilmington Savings Fund Society, FSB, d/b/a Christian Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, has filed a motion for relief from stay due to delinquent mortgage payments on the mortgage secured by Debtor's real property at 2222 Ramsey Road, Monroeville, PA 15146. (Doc. 138);

WHEREAS, Debtor has filed a response opposing relief from the automatic stay (Doc. 143)

WHEREAS, the parties enter into this Stipulation to resolve the motion for relief from the automatic stay.

It is therefore Stipulated and agreed as follows:

1. Stay is vacated 120 days from the date this Order is executed, or at the close of the case, whichever is earlier;

2. The parties agree that the arrears through and including December $6,982.55 (August through November 2022 and $1,604.70, less $1,040.95 in suspense) will be paid from the proceeds of the estate received from the Trustee promptly upon receipt of same;

3. Secured Creditor does not waive its right to collect any arrears in the event Debtor does not bring the loan contractually current, upon vacation of the stay as set forth in paragraph 1;

4. Debtor is to make regular payments directly to Creditor in accordance with the terms of then note and mortgage, resuming with the January 2023 payment to the address below

   Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619.

5. If the Debtor fails to make a payment with thirty (30) days of its due date, Secured Creditor can seek to relist the within motion by filing a certification outlining such a default, and to which Debtor shall have the right to respond.

On this 16th day of December, 2022, it is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

_____
JEFFERY A. DELLER
**UNITED STATES BANKRUPTCY JUDGE**

Consented to by:

| | |
|---|---|
| ***/s/ Lauren M. Lamb, Esquire*** | ***/s/ Denise Carlon, Esquire*** |
| Lauren M. Lamb, Esquire | Denise Carlon, Esquire |
| PA ID No. 209201 | PA ID No. 317226 |
| Steidl & Steinberg | KML Law Group, P.C. |
| Attorney for Debtor | Attorney for Movant |
| Suite 2830, 707 Grant Street | 701 Market Street, Suite 5000 |
| Pittsburgh, PA 15219 | Philadelphia, PA 19106 |
| Phone: 412-391-8000 | Phone: 215-627-1322 |
| Llamb@steidl-steinberg.com | dcarlon@kmllawgroup.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 14-22615-JAD |
| William H. Peace, Jr. | Chapter 7 |
| Barbara E. Peace | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William H. Peace, Jr., Barbara E. Peace, 2222 Ramsey Road, Monroeville, PA 15146-4824 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2022              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Defendant Santander Consumer USA brett.solomon@solomon-legal.com |
| Brett A. Solomon | on behalf of Creditor Santander Consumer USA Inc. brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Bank Of New York Mellon jprostko@c-vlaw.com jamesprostko@gmail.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

James A. Prostko
    on behalf of Creditor NATIONSTAR MORTGAGE LLC jprostko@c-vlaw.com jamesprostko@gmail.com

Joshua I. Goldman
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Kenneth M. Steinberg
    on behalf of Plaintiff William H. Peace Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth M. Steinberg
    on behalf of Joint Debtor Barbara E. Peace julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth M. Steinberg
    on behalf of Plaintiff Barbara E. Peace julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth M. Steinberg
    on behalf of Debtor William H. Peace Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Debtor William H. Peace Jr. julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Joint Debtor Barbara E. Peace julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

S. James Wallace
    on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 18