## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In re:

WILLIAM H. PEACE, JR.

BARBARA E. PEACE,

Debtors,

ROSEMARY CRAWFORD,

Trustee,

NO RESPONDENTS.

§    Case No.  14-22615-JAD
§
§    Chapter 7
§
§    Document No.

---

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
Rosemary Crawford_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

OFFICE OF COURT CLERK
U.S. BANKRUPTCY COURT
5414 U.S. STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within 21 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee.  If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

A Zoom Video Conference Hearing will be held onTuesday, February 28, 2023, at 10 a.m.
before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To
participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10)
minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473,
or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are

**UST Form 101-7-NFR (10/1/2010)**

required to appear by Zoom and must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021 ("Judge Deller's=-8654rocedures"), which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing Zoom Self-Scheduled Hearing Notice (updated 1/19/2021) capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing. All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


       01/19/2023             By:    /s/Rosemary Crawford

                                                Trustee, Bar No.: 56981

Rosemary Crawford
P.O. Box 355
Allison Park, PA  15101
(724) 443-4757
crawfordmcdonald@aol.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:
WILLIAM H. PEACE, JR.                    §      Case No. 14-22615-JAD
BARBARA E. PEACE,                        §      Chapter 7
Debtors,                                 §      Document No.
                                         §

ROSEMARY CRAWFORD,
Trustee,

_____ NO RESPONDENTS. _____

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*           $_____24,221.47

*and approved disbursements of*                $_____0.00

*leaving a balance on hand of* [1]             $_____24,221.47

                 **Balance on hand:**          $_____24,221.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Wilmington Savings Fund Society, FSB,C/O | 221,993.59 | 0.00 | 0.00 | 0.00 |
| 5 | Santander Consumer USA Inc. | 20,478.29 | 0.00 | 0.00 | 0.00 |
| 9 | Wells Fargo Card Services | 537.22 | 0.00 | 0.00 | 0.00 |
| EXEMP | WILLIAM AND BARBARA PEACE | 12,725.00 | 12,725.00 | 0.00 | 12,725.00 |

Total to be paid to secured creditors:    $_____12,725.00
Remaining balance:                        $       11,496.47

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Rosemary Crawford | 1,899.65 | 0.00 | 1,899.65 |
| Trustee, Expenses - Rosemary Crawford | 22.81 | 0.00 | 22.81 |

Total to be paid for chapter 7 administration expenses: $   1,922.46

Remaining balance: $   9,574.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $   0.00

Remaining balance: $   9,574.01

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,176.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P-2 | Internal Revenue Service | 4,176.24 | 0.00 | 4,176.24 |

Total to be paid for priority claims: $   4,176.24

Remaining balance: $   5,397.77

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,501.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 83.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Portfolio Recovery Associates, LLC | 1,739.48 | 0.00 | 1,444.07 |
| 2U-2 | Internal Revenue Service | 2,249.27 | 0.00 | 1,867.28 |
| 4 | Portfolio Recovery Associates, LLC | 1,571.96 | 0.00 | 1,304.99 |
| 6 | Sprint Corp. | 272.40 | 0.00 | 226.14 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 7 | Capital One, N.A. | 328.51 | 0.00 | 272.72 |
| 8 | Duquesne Light Company | 340.37 | 0.00 | 282.57 |

Total to be paid for timely general unsecured claims:  $     5,397.77

Remaining balance:  $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims:  $     0.00

Remaining balance:  $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,422.41 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U-2 | Internal Revenue Service | 2,422.41 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $     0.00

Remaining balance:  $     0.00

Prepared By:  /s/Rosemary Crawford
Trustee, Bar No.: 56981

Rosemary Crawford
P.O. Box 355
Allison Park, PA  15101
(724) 443-4757
crawfordmcdonald@aol.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

William H. Peace, Jr.

Barbara E. Peace

    Debtors

Case No. 14-22615-JAD

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2023 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William H. Peace, Jr., Barbara E. Peace, 2222 Ramsey Road, Monroeville, PA 15146-4824 |
| aty | + | Brenda L. Diehl, Wells Fargo Card Services, P.O. Box 9210, Des Moines, IA 50306-9210 |
| cr | | Duquesne Light Company, c/o Peter J. Ashcroft, 2200 Gulf Tower, Pittsburgh, PA 15219 |
| cr | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5861 |
| cr | + | Santander Consumer USA Inc., Tucker Arenbberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 13879365 | + | Allegheny General Hospital, PO Box 3475, Toledo, OH 43607-0475 |
| 13913049 | + | Bank of New York Mellon, C/O Weinstein, Pinson, & Riley, P.S., 2001 Western Avenue, Ste. 400, Seattle, WA 98121-3132 |
| 13879367 | + | City of Pittsburgh EMS, P. O. Box 2480, Pittsburgh, PA 15230-2480 |
| 13892266 | + | George A. Warden Funeral Home, 1100 N. Homewood Avenue, Pittsburgh, PA 15208-1428 |
| 13879370 | + | Med Express, PO Box 7964, Belfast, ME 04915-7900 |
| 13879372 | + | Nationstar Mortgage, c/o Phelan Hallinan, 1617 JFK Bouelvard, Suite 1400, Philadelphia, PA 19103-1814 |
| 13879374 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 13879375 | + | UPMC Presbyterian Shadyside, P.O. Box 382059, Pittsburgh, PA 15250-0001 |
| 14377492 | | Wilmington Savings Fund Society, FSB,C/O, Rushmore Loan Management Services, PO BOX 52708 Irvine, CA 92619 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jan 20 2023 00:15:01 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 20 2023 00:14:56 | Wells Fargo Bank, N.A., Po Box 10438, Des Moines, Ia 50306-0438 |
| 13879366 | + | Email/Text: crdept@na.firstsource.com | Jan 20 2023 00:10:00 | Capital One Bank, c/o Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 13931759 | | Email/PDF: bncnotices@becket-lee.com | Jan 20 2023 00:14:53 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13953917 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 20 2023 00:10:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 13892264 | + | Email/Text: EBNBKNOT@ford.com | Jan 20 2023 00:10:00 | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 13892265 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 20 2023 00:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13879369 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2023 00:10:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 13879371 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 20 2023 00:10:00 | Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 13892267 | + | Email/Text: BKRMailOps@weltman.com | | |

District/off: 0315-2                          User: auto                                    Page 2 of 3

Date Rcvd: Jan 19, 2023                       Form ID: pdf900                              Total Noticed: 31

| | | | | |
|---|---|---|---|---|
| | | Jan 20 2023 00:10:00 | | NCB Management Services, c/o Weltman, Weinberg & Reis Co LPA, PO Box 93596, Cleveland, OH 44101-5596 |
| 13902863 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2023 00:14:53 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14039621 | Email/PDF: rmscedi@recoverycorp.com | Jan 20 2023 00:14:53 | | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13931406 | Email/PDF: ais.sprint.ebn@aisinfo.com | Jan 20 2023 00:14:56 | | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 13879373 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 20 2023 00:10:00 | | Santander Consumer, PO Box 105255, Atlanta, GA 30348-5255 |
| 13926977 | Email/Text: enotifications@santanderconsumerusa.com | Jan 20 2023 00:10:00 | | Santander Consumer USA Inc., P. O. Box 560284, Dallas TX 75356-0284 |
| 14679886 | ^ MEBN | Jan 20 2023 00:05:55 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 13955792 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 20 2023 00:14:53 | | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of New York Mellon |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 13879368 | | Jennifer Peace |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2023                  Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | |
| | on behalf of Creditor Santander Consumer USA Inc. brett@solomon-legal.com |
| Brett A. Solomon | |
| | on behalf of Defendant Santander Consumer USA brett.solomon@solomon-legal.com |
| Brian Nicholas | |

District/off: 0315-2 · User: auto · Page 3 of 3
Date Rcvd: Jan 19, 2023 · Form ID: pdf900 · Total Noticed: 31

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com

Denise Carlon

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com

James A. Prostko

on behalf of Creditor Bank Of New York Mellon jprostko@c-vlaw.com  jamesprostko@gmail.com

James A. Prostko

on behalf of Creditor NATIONSTAR MORTGAGE LLC jprostko@c-vlaw.com  jamesprostko@gmail.com

Joshua I. Goldman

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Kenneth M. Steinberg

on behalf of Debtor William H. Peace  Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth M. Steinberg

on behalf of Plaintiff William H. Peace  Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth M. Steinberg

on behalf of Joint Debtor Barbara E. Peace julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth M. Steinberg

on behalf of Plaintiff Barbara E. Peace julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Lauren M. Lamb

on behalf of Debtor William H. Peace  Jr. julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com

Lauren M. Lamb

on behalf of Joint Debtor Barbara E. Peace julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Rosemary C. Crawford

on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford

crawfordmcdonald@aol.com  PA68@ecfcbis.com

S. James Wallace

on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 18