# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| PEACE, WILLIAM H., JR. ) | Case No. **14-22615-JAD** |
| PEACE, BARBARA E. ) | |
|     Debtors, ) | Chapter 7 |
| ) | |
| Rosemary C. Crawford, ) | Doc. No. |
| ) | Hearing Date: 2/28/23 @10:00a.m. |
|     Trustee Applicant, ) | Related Docs: 148-150 |
| No Respondent. ) | |

### *Certificate Of No Objection*

The undersigned hereby certifies that, as of the date hereof, no objection to the Trustee's Final Report and Application for Compensation filed on 1/19/2023 at Docket Nos., 148 and 149, which had a Notice of Final Report ("NFR") filed on 1/19/2023 at Docket No. 150 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the NFR and related documents appears thereon. Pursuant to the NFR, objections were to be filed and served no later than 2/13/2023. It is hereby respectfully requested that the Orders approving the Trustee's Final Report and Application for Compensation be entered by the Court.

                                                  Respectfully submitted,
                                                  /s/Rosemary C. Crawford
                                                  Rosemary C. Crawford, Trustee
                                                  Crawford McDonald, LLC
                                                  P.O. Box 355
                                                  Allison Park, PA 15101
                                                  Pa. I.D. No. 56981
                                                  (724) 443-4757
                                                  crawfordmcdonald@aol.com

Dated: February 14, 2023