# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: § | |
| WILLIAM H. PEACE, JR. § | Case No. 14-22615-JAD |
| BARBARA E. PEACE, § | Chapter 7 |
| Debtors, § | |
| § | Document No. |
| ROSEMARY CRAWFORD, | |
| Trustee, | |
| NO RESPONDENTS. | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Rosemary Crawford, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $154,852.50         Assets Exempt: $69,840.50
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,574.01     Claims Discharged
                                                Without Payment: $45,942.16

Total Expenses of Administration: $1,922.46

---

3) Total gross receipts of $ 24,221.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 12,725.00 (see **Exhibit 2**), yielded net receipts of $11,496.47 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $236,134.00 | $243,009.10 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,922.46 | 1,922.46 | 1,922.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,300.00 | 6,595.09 | 4,176.24 | 4,176.24 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 44,452.31 | 8,924.40 | 8,924.40 | 5,397.77 |
| **TOTAL DISBURSEMENTS** | $283,886.31 | $260,451.05 | $15,023.10 | $11,496.47 |

4) This case was originally filed under Chapter 13 on June 27, 2014 and it was converted to Chapter 7 on August 09, 2017. The case was pending for 69 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2023          By: /s/Rosemary Crawford
                  Trustee, Bar No.: 56981

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PROCEEDS FROM ESTATE OF LUCILLE HOLLAND DECD | 1229-000 | 24,221.47 |
| Return of Deposit 100001 due to Altered/Ficticio | 1229-000 | -24,221.47 |
| DECEDENT ESTATE (Added by Amendment) | 1229-000 | 24,221.47 |
| **TOTAL GROSS RECEIPTS** | | **$24,221.47** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WILLIAM AND BARBARA PEACE | Dividend paid 100.00% on $12,725.00; Claim# EXEMP; Filed: $12,725.00; Reference: | 8100-002 | 12,725.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$12,725.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Wilmington Savings Fund Society, FSB,C/O | 4110-000 | 0.00 | 221,993.59 | 0.00 | 0.00 |
| 5 | Santander Consumer USA Inc. | 4210-000 | 21,246.00 | 20,478.29 | 0.00 | 0.00 |
| 9 | Wells Fargo Card Services | 4210-000 | N/A | 537.22 | 0.00 | 0.00 |
| NOTFILED | Nationstar Mortgage | 4110-000 | 209,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Credit | 4210-000 | 5,888.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$236,134.00** | **$243,009.10** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Rosemary Crawford | 2100-000 | N/A | 1,899.65 | 1,899.65 | 1,899.65 |
| Trustee Expenses - Rosemary Crawford | 2200-000 | N/A | 22.81 | 22.81 | 22.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,922.46 | $1,922.46 | $1,922.46 |

# EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P-2 | Internal Revenue Service | 5800-000 | 3,300.00 | 6,595.09 | 4,176.24 | 4,176.24 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,300.00 | $6,595.09 | $4,176.24 | $4,176.24 |

# EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,739.48 | 1,739.48 | 1,444.07 |
| 2U-2 | Internal Revenue Service | 7100-000 | N/A | 2,249.27 | 2,249.27 | 1,867.28 |
| 2U-2 | Internal Revenue Service | 7300-000 | N/A | 2,422.41 | 2,422.41 | 0.00 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | 1,725.48 | 1,571.96 | 1,571.96 | 1,304.99 |
| 6 | Sprint Corp. | 7100-000 | N/A | 272.40 | 272.40 | 226.14 |
| 7 | Capital One, N.A. | 7100-000 | 311.30 | 328.51 | 328.51 | 272.72 |
| 8 | Duquesne Light Company | 7100-000 | N/A | 340.37 | 340.37 | 282.57 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Allegheny General Hospital | 7100-000 | 745.60 | N/A | N/A | 0.00 |
| NOTFILED | Med Express | 7100-000 | 99.23 | N/A | N/A | 0.00 |
| NOTFILED | City of Pitsburgh EMS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | UPMC Physician Services | 7100-000 | 1,551.62 | N/A | N/A | 0.00 |
| NOTFILED | NCB Management Services | 7100-000 | 34,531.02 | N/A | N/A | 0.00 |
| NOTFILED | George A. Warden Funeral Home | 7100-000 | 4,947.21 | N/A | N/A | 0.00 |
| NOTFILED | UPMC Presbyterian Shadyside | 7100-000 | 540.85 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$44,452.31** | **$8,924.40** | **$8,924.40** | **$5,397.77** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-22615-JAD  
**Case Name:** PEACE, WILLIAM H., JR.  
PEACE, BARBARA E.  
**Period Ending:** 05/03/23

**Trustee:** (580750) Rosemary Crawford  
**Filed (f) or Converted (c):** 08/09/17 (c)  
**§341(a) Meeting Date:** 10/16/17  
**Claims Bar Date:** 01/14/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2222 RAMSEY RD., MONROEVILLE, PA | 90,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH | 5.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNT (PNC BANK) | 30.00 | 0.00 | | 0.00 | FA |
| 4 | SAVINGS ACCOUNT (ALLEGENT FCU) | 5.00 | 0.00 | | 0.00 | FA |
| 5 | MONEY MARKET ACCOUNT (CAPITAL ONE) | 888.00 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS | 3,800.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHING | 325.00 | 0.00 | | 0.00 | FA |
| 8 | JEWELRY | 900.00 | 0.00 | | 0.00 | FA |
| 9 | INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 10 | TIAA CREF ACCOUNT (Wife Debtor) | 19,069.00 | 0.00 | | 0.00 | FA |
| 11 | 401K (TRIB TOTAL MEDIA) (Husband Debtor) | 24,116.00 | 0.00 | | 0.00 | FA |
| 12 | IRA (Wife Debtor) | 6,301.00 | 0.00 | | 0.00 | FA |
| 13 | 2011 FORD FUSION (Joint) | 4,793.00 | 0.00 | | 0.00 | FA |
| 14 | 2011 FORD FUSION (1/2 Interest) | 4,620.50 | 0.00 | | 0.00 | FA |
| 15 | DECEDENT ESTATE (Added by Amendment) (u)<br>Doc. #115. Amended Value. Doc. #133. | 24,221.47 | 11,496.47 | | 24,221.47 | FA |
| 15 | **Assets Totals** (Excluding unknown values) | **$179,073.97** | **$11,496.47** | | **$24,221.47** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2020  **Current Projected Date Of Final Report (TFR):** November 16, 2022 (Actual)

Printed: 05/03/2023 02:28 PM   V.20.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-22615-JAD | | Trustee: | Rosemary Crawford (580750) |
|---|---|---|---|---|
| Case Name: | PEACE, WILLIAM H., JR. | | Bank Name: | Metropolitan Commercial Bank |
| | PEACE, BARBARA E. | | Account: | ******9478 - Checking Account |
| Taxpayer ID #: | **-***6915 | | Blanket Bond: | $10,301,556.00 (per case limit) |
| Period Ending: | 05/03/23 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/04/22 | | EST OF LUCILLE HOLLAND DECD | PROCEEDS FROM ESTATE OF LUCILLE HOLLAND DECD | 1229-000 | 24,221.47 | | 24,221.47 |
| 10/07/22 | | EST OF LUCILLE HOLLAND DECD | Return of Deposit 100001 due to Altered/Ficticious check | 1229-000 | -24,221.47 | | 0.00 |
| 11/02/22 | {15} | EST OF LUCILLE HOLLAND DECD | PROCEEDS FROM ESTATE OF LUCILLE HOLLAND, DECD | 1229-000 | 24,221.47 | | 24,221.47 |
| 11/15/22 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 24,221.47 | 0.00 |
| | | | ACCOUNT TOTALS | | 24,221.47 | 24,221.47 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,221.47 | |
| | | | Subtotal | | 24,221.47 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $24,221.47 | $0.00 | |

{} Asset reference(s)

Printed: 05/03/2023 02:28 PM    V.20.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 14-22615-JAD | | **Trustee:** | Rosemary Crawford (580750) |
|---|---|---|---|---|
| **Case Name:** | PEACE, WILLIAM H., JR. | | **Bank Name:** | TriState Capital Bank |
| | PEACE, BARBARA E. | | **Account:** | ******3696 - Checking Account |
| **Taxpayer ID #:** | **-***6915 | | **Blanket Bond:** | $10,301,556.00  (per case limit) |
| **Period Ending:** | 05/03/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/15/22 | | Transition transfer credit | Transition transfer credit | 9999-000 | 24,221.47 | | 24,221.47 |
| 03/08/23 | 10101 | WILLIAM AND BARBARA PEACE | Dividend paid 100.00% on $12,725.00; Claim# EXEMP; Filed: $12,725.00; Reference: | 8100-002 | | 12,725.00 | 11,496.47 |
| 03/08/23 | 10102 | Rosemary Crawford | Dividend paid 100.00% on $1,899.65, Trustee Compensation;  Reference: | 2100-000 | | 1,899.65 | 9,596.82 |
| 03/08/23 | 10103 | Rosemary Crawford | Dividend paid 100.00% on $22.81, Trustee Expenses;  Reference: | 2200-000 | | 22.81 | 9,574.01 |
| 03/08/23 | 10104 | Internal Revenue Service | Dividend paid 100.00% on $4,176.24; Claim# 2P-2; Filed: $6,595.09; Reference: | 5800-000 | | 4,176.24 | 5,397.77 |
| 03/08/23 | 10105 | Portfolio Recovery Associates, LLC | Dividend paid 83.01% on $1,739.48; Claim# 1; Filed: $1,739.48; Reference: | 7100-000 | | 1,444.07 | 3,953.70 |
| 03/08/23 | 10106 | Internal Revenue Service | Dividend paid 83.01% on $2,249.27; Claim# 2U-2; Filed: $2,249.27; Reference: | 7100-000 | | 1,867.28 | 2,086.42 |
| 03/08/23 | 10107 | Portfolio Recovery Associates, LLC | Dividend paid 83.01% on $1,571.96; Claim# 4; Filed: $1,571.96; Reference: | 7100-000 | | 1,304.99 | 781.43 |
| 03/08/23 | 10108 | Sprint Corp. | Dividend paid 83.01% on $272.40; Claim# 6; Filed: $272.40; Reference: | 7100-000 | | 226.14 | 555.29 |
| 03/08/23 | 10109 | Capital One, N.A. | Dividend paid 83.01% on $328.51; Claim# 7; Filed: $328.51; Reference: | 7100-000 | | 272.72 | 282.57 |
| 03/08/23 | 10110 | Duquesne Light Company | Dividend paid 83.01% on $340.37; Claim# 8; Filed: $340.37; Reference: | 7100-000 | | 282.57 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,221.47 | 24,221.47 | $0.00 |
| | | | Less: Bank Transfers | | 24,221.47 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 24,221.47 | |
| | | | Less: Payments to Debtors | | | 12,725.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$11,496.47** | |

| Net Receipts : | 24,221.47 |
|---|---|
| Less Payments to Debtor : | 12,725.00 |
| Net Estate : | $11,496.47 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9478 | 24,221.47 | 0.00 | 0.00 |
| Checking # ******3696 | 0.00 | 11,496.47 | 0.00 |
| | $24,221.47 | $11,496.47 | $0.00 |

{} Asset reference(s)    Printed: 05/03/2023 02:28 PM    V.20.50